# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>AQUANIS M. WILLIAMS,<br><br>Defendant. | Case No. 17-CR-206-JPS<br><br>**ORDER** |

On November 28, 2017, the grand jury returned a two-count indictment against Defendant. (Docket #1). The government charged Defendant with being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and knowingly possessing a firearm not registered to him, in violation of 26 U.S.C. §§ 5861(d) and 5871. *Id.* On February 13, 2018, the parties filed a plea agreement indicating that Defendant would plead guilty to Count One of the Indictment, and that Count Two would be dismissed at sentencing. (Docket #10 at 2-3).

The parties appeared before Magistrate Judge William E. Duffin on March 8, 2018, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #14). Defendant entered a plea of guilty as to Count One of the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Duffin determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (Docket #14 and #15).

Thereafter, Magistrate Duffin filed a Report and Recommendation with this Court, recommending that: (1) the defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) the defendant be adjudicated guilty and have a sentence imposed accordingly. (Docket #15). Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C. § 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation.

To date, no party has filed such an objection.

The Court has considered Magistrate Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's report and recommendation (Docket #15) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 3rd day of April, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge